1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANA MEINECKE,                       No.  2:14-cv-2210 DAD

12              Plaintiff,

13        v.                              ORDER

14   CAROLYN W. COLVIN, Commissioner
     of Social Security,
15

16              Defendant.

17

18        The Scheduling Order filed in this case on January 9, 2015, (Dkt. No. 5), required plaintiff

19   to file a motion for summary judgment and/or remand within 45 days from being served with a

20   copy of the administrative record.  Defendant served a copy of the record upon plaintiff on April

21   29, 2015.  Plaintiff's motion is therefore long overdue.

22        Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within

23   fourteen days after this order is filed, for failing to file a timely motion.

24   Dated:  August 17, 2015

25

26   _____
     DALE A. DROZD
27   UNITED STATES MAGISTRATE JUDGE

28   DAD:6
     ddad1/orders.soc sec/meinecke2210.pmsj.osc.docx

                                        1