KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LANA MEINECKE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | No. 2:14-cv-02210-DAD<br><br>STIPULATED EXTENSION OF TIME AND ORDER |

    The parties hereby stipulate by counsel, that Plaintiff shall have an extension of time to file Plaintiff's opening brief, in accordance with the scheduling order.

    Counsel for the Plaintiff has been ill and unable to complete the scheduled briefing. Counsel is a solo practitioner, has a large caseload and no additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests an extension of time to August 21, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated August 17, 2015:        /s/ Kelsey M Brown
                              KELSEY MACKENZIE BROWN CA #263109
                              Dellert Baird Law Offices, PLLC
                              PO Box 3757
                              Silverdale, WA 98383
                              (360) 329-6968
                              Attorney for Plaintiff

Dated August 17, 2015:        s/ KELSEY M. BROWN for Michael Marriott
                              MICHAEL MARRIOTT
                              (per e-mail authorization)
                              Special Assistant U.S. Attorney
                              Office of the General Counsel

                              Of Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 20, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
meineke2210.stip.eot.ord.doc